IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02388-WDM-KLM

RODNEY DEWALT,

>   Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO,

>   Defendant.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on **Plaintiff's Motion to** [sic] **Leave to File First Amended Complaint** [Docket No. 13; filed December 16, 2007] and **Plaintiff's Motion to Appear Telephonic** [sic] **for Scheduling/Planing** [sic] **Conference** [Docket No. 14; filed December 16, 2007].

By Order dated December 7, 2007 [Docket No. 10], I granted Plaintiff's first motion to file an amended complaint [Docket No. 7]. Plaintiff filed his First Amended Complaint on December 12, 2007 [Docket No. 12]. By the same Order, I also granted Plaintiff leave to appear telephonically at the Scheduling/Planning Conference which is currently set for **February 20, 2008** at **10:00 a.m.** in Courtroom A 501, 5th floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, not January 16, 2008 as Plaintiff states in his instant motion. For these reasons,

IT IS HEREBY **ORDERED** that **Plaintiff's Motion to** [sic] **Leave to File First Amended Complaint** [Docket No. 13; filed December 16, 2007] and **Plaintiff's Motion to Appear Telephonic** [sic] **for Scheduling/Planing** [sic] **Conference** [Docket No. 14; filed December 16, 2007] are **DENIED AS MOOT**.

Dated:     December 20, 2007