IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-02388-WDM-KLM

RODNEY DEWALT,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO, et al.,

    Defendants.

## NOTICE OF DISMISSAL OF CITY AND COUNTY OF DENVER ONLY

    The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice as to City and County of Denver only in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed with prejudice as to City and County of Denver only, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on January 2, 2008.

                                  BY THE COURT:

                                  s/ Walker D. Miller
                                  United States District Judge

PDF FINAL