IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-02388-WDM-KMT

RODNEY DeWALT,

    Plaintiff,

v.

BILL RITTER, and
COLORADO, COMMISSION ON JUDICIAL PERFORMANCE,

    Defendants.

## MINUTE ORDER

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

The "State Defendants' Unopposed Motion to Stay Discovery and Disclosures and to Vacate Scheduling Conference Pending Determination of Motion to Dismiss" (#23, filed January 7, 2008) is GRANTED. Discovery and disclosures shall be stayed until after the court's ruling on the pending motion to dismiss. The scheduling conference set for February 20, 2008, is VACATED.

Dated: January 28, 2008